GAIL SHIFMAN (State Bar No. 147334)
SARAH POTTER (State Bar No. 280478)
Attorneys at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorneys for Defendant
PRINCE LEE PRINCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR12-0061 EMC (MEJ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| PRINCE LEE PRINCE, | |
| Defendant. | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. To enable defendant Prince Lee Prince to travel to Stockton in the Eastern District of California on May 7, 2012.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                              1

2. All other conditions shall remain the same.

Dated: April 23, 2012                                    Dated: April 23, 2012

/s/                                                      /s/

_____                              _____
GAIL SHIFMAN                                             KEVIN BARRY
Attorney for Defendant                                   Assistant United States Attorney
PRINCE LEE PRINCE

### [PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant Prince Lee Prince shall be allowed to travel to Stockton in the Eastern District of California on May 7, 2012.

2. All other conditions shall remain the same.

Dated: April __24__, 2012

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*