~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Maria Elena James     RE: **MENIFEE, Charles**
    Chief U.S. Magistrate Judge

FROM: Roy Saenz, Chief            DOCKET NO.: CR 12-0061 EMC
      U.S. Pretrial Services Officer

DATE: October 2, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Betty A. Kim, Supervising__         510-637-3756
U.S. PRETRIAL SERVICES OFFICER        TELEPHONE NUMBER

FILED OCT 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __B__ on __10/4__ at __10:00a__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    10-3-12
JUDICIAL OFFICER                             DATE
Chief Magistrate Judge Maria-Elena James

Cover Sheet (02/07/2011)