FRANK BELL, CSBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
Tel: (650)365-8300
Fax: (650) 366-8987

Attorney for Defendant
JOHN WAYNE PRICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0061 EMC (MEJ) |
| Plaintiff, | |
| | APPLICATION AND [~~PROPOSED~~] ORDER FOR PERMISSION TO TRAVEL TO MISSOURI CITY, TEXAS |
| v. | |
| JOHN WAYNE PRICE, | |
| Defendant. | |
| _____/ | |

Comes now defendant, JOHN WAYNE PRICE, by and through his counsel, and defendant requests permission of the court to travel to Missouri City, Texas to visit the mother who is carrying his child, Shanika Henderson, who resides at 1735 Corona Del Mar, Missouri City, Texas and who is having serious complications of her pregnancy and is on bed rest.

Defendant plans to leave after court on November 2, 2012. He plans to say one week. While in Texas he will stay at the Corona Del Mar residence. Defendant plans to take

APP AND [PROPOSED] ORDER FOR TRAVEL TO TEXAS                    1

air transportation to Texas and will keep in touch with his pretrial services officer. He believes that he will fly to Houston and return.

Defendant was released on February 14, 2012 on a $75,000.00 bond secured by the signatures of his two sisters and his former wife, Tylene Leslie. He has been supervised by Pretrial Services since that date.

Defendant has a business of home repair and refurbishment in the City of Tracy area along with his former wife, Tylene Leslie, who is one of his sureties. Ms Leslie is his business manager. She arranges for his work and his schedule. These jobs are all located in the Eastern District of California in the Tracy area.

Pretrial Services Officer, Gelareh Farahmand (415) 436-7513 has no objections to his travel as indicated so long as, prior to his travel, he provides to her his itinerary, including his flight information and his accommodations and that he contact her by telephone upon his return.

Dated: October 22, 2012
      /S/_Frank Bell_____
                           FRANK BELL
                           Attorney for Defendant
                           JOHN WAYNE PRICE

IT IS SO ORDERED:

Dated: October 24, 2012

_____
U.S. 

APP AND [PROPOSED] ORDER FOR TRAVEL TO TEXAS    2